In the Matter of JOSEPHINE C. FIMIANI, Respondent, against PARTON SWIFT et al., Constituting the Board of Appeals of the City of Buffalo, Appellants.

STOVER PROPERTIES, INC., Appellant.

(Argued February 8, 1932; decided March 3, 1932.)

614

*Charles L. Feldman,* Corporation Counsel (*Charles S. McDonough* of counsel), for Parton Swift et al., appellants.

*Gordon Steele* for Stover Properties, Inc., appellant.

*William C. Carroll* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.